676 A.2d 1191

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Joseph CARLTON, Petitioner.**

Supreme Court of Pennsylvania.

June 5, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 5th day of JUNE, 1996, the Petition for Allowance of Appeal is hereby GRANTED, but LIMITED to the following issue:

Whether the Superior Court erred in determining that the police officers' execution of the search warrant did not violate the "knock and announce" rule.

It is further ordered that this case be consolidated with *Commonwealth v. Donald Carlton,* 690 E.D. Allocatur Dkt. 1995.